UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT LEE,

    Plaintiff

V.                                                                                   3:20-CV-00523-JBA

GROCERY HAULERS INC,

    Defendant

## JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment (Doc. #54) before the Honorable Janet Bond Arterton, Senior United States District Judge.    The Court reviewed all papers filed in conjunction with the motion and on March 11, 2022, entered a ruling in favor of the defendant.    It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 14th day of March 2022.


                                                                     Dinah Milton Kinney, Clerk

                                                                      By:    /s/ Julia Reis
                                                                      Deputy Clerk

EOD: 3/14/2022